# EXHIBIT E

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **MARK ONCKEN AND BLANCA ONCKEN** | § | |
| | § | |
| **V.** | § | CIVIL ACTION NO. 4:16-CV-01610 |
| | § | |
| **TRAVELERS HOME AND MARINE** | § | |
| **INSURANCE COMPANY, DAMION** | § | |
| **CAMPBELL, and BROC ANTHONY DOMEC** | § | |

## DEFENDANT'S NOTICE OF REMOVAL
## <u>EXHIBIT E: COPY OF STATE COURT DOCKET SHEET</u>

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, The Travelers Home and Marine Insurance Company, a defendant in the above entitled and numbered cause, and files this copy of the state court docket sheet as required by Local Rule 81.4.

## Chronological Case History

| | | | | | |
|---|---|---|---|---|---|
| **Style** | ONCKEN, MARK vs. TRAVELERS HOME AND MARINE INSURANCE COMP | | | | |
| **Case Number** | 201630789 | **Case Status** | Active - Civil | **Case Type** | OTHER CIVIL |
| **File Court** | 129 | **File Date** | 5/11/2016 | **Next Setting** | N/A |

| Date | Type | Description |
|---|---|---|
| 5/11/2016 | ACTIVITY | JURY FEE PAID (TRCP 216) **COURT:** 129 |
| 5/11/2016 | DOCUMENT | ORIGINAL PETITION **COURT:** 129 **ATTORNEY:** DELPIT, CARLA RUTH **PERSON FILING:** ONCKEN, MARK |
| 5/20/2016 | SERVICE | **PERSON SERVED:** TRAVELERS HOME AND MARINE INSURANCE COMPANY (AN INSURANCE COMPANY) BYSERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY **SERVICE TYPE:** CITATION **INSTRUMENT:** ORIGINAL PETITION |
| 5/24/2016 | SERVICE | **PERSON SERVED:** CAMPBELL, DAMIONOR WHEREVER HE MAY BE FOUND **SERVICE TYPE:** CITATION **INSTRUMENT:** ORIGINAL PETITION |
| 5/25/2016 | SERVICE | **PERSON SERVED:** DOMEC, BROC ANTHONYOR WHEREVER HE MAY BE FOUND **SERVICE TYPE:** CITATION **INSTRUMENT:** ORIGINAL PETITION |